UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

       Plaintiff,                    Case No. 18-CR-20469
                                          Hon: Nancy G. Edmunds

v.

D-1   Brian Kischnick,

       Defendant.
_____/

## STIPULATED AMENDMENT TO PRELIMINARY ORDER OF FORFEITURE AGAINST BRIAN KISCHNICK

Plaintiff, the United States of America, and Defendant Brian Kischnick, by and through his attorney, Anjali Prasad, stipulate to the following, and request the Court to enter this Order upon submission to the Court:

1. on January 24, 2019, at Defendant's sentencing hearing, the Court determined, and defendant agreed, that the amount of the money judgment entered against Defendant Brian Kischnick is $4,500; and

2. the Preliminary Order of Forfeiture entered by this Court on January 7, 2019 (ECF No. 15) should be amended to include $4,500 as the money judgment amount entered against Defendant.

NOW THEREFORE, the Preliminary Order of Forfeiture entered by this Court as to Defendant Kischnick on January 7, 2019 (ECF No. 15) is hereby amended to include the amount of $4,500, as the money judgment entered against Defendant Kischnick in favor of the United States of America. Approved as to form and substance.

| | |
|---|---|
| s/Linda Aouate | s/Anjali Prasad |
| Assistant U.S. Attorney | Attorney for Brian Kischnick |
| U.S. Attorney's Office | Prasad Legal PLLC |
| 211 W. Fort Street, Suite 2001 | 117 West 4th Street, Suite 201 |
| Detroit, MI 48226 | Royal Oak, MI 48067 |
| 313-226-9100 | 248-733-5006 |
| linda.aouate@usdoj.gov | aprasad@prasadlegal.com |
| January 25, 2019 | January 25, 2019 |

**IT IS SO ORDERED.**

Dated:   January 29, 2019              s/ Nancy G. Edmunds
                                       HONORABLE NANCY G. EDMUNDS
                                       UNITED STATES DISTRICT JUDGE