# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff

v.

BRIAN KISCHNICK,

    Defendant

No. 18-20469

HON. NANCY G. EDMUNDS

_____

## MOTION TO SEAL DEFENDANT'S MOTION
_____

Brian Kischnick, through his attorney, Anjali Prasad, respectfully requests this Court enter an Order to seal Defendant's Motion for Judicial Recommendation due to the fact that the materials contain information regarding Mr. Kischnick's medical condition, mental health counseling, and substance abuse treatment.

    Respectfully submitted,

    /s/ ANJALI PRASAD
    Anjali Prasad
    Attorney for Brian Kischnick
    Prasad Legal, PLLC
    114 West 4th Street, Suite 201
    Royal Oak, MI  48067
    (248) 733-5006

Dated:  May 29, 2020    aprasad@prasadlegal.com

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff                          No. 18-20469

                                      HON. NANCY G. EDMUNDS

v.

BRIAN KISCHNICK,

    Defendant

_____

### ORDER GRANTING DEFENDANT'S MOTION TO SEAL
_____

The case having come before the Court on Defendant's Motion to Seal the instant Motion, and the Court being fully advised in the premises,

**IT IS HEREBY ORDERED** that the Motion is GRANTED, and Defendant's Motion may be filed under seal.

                                             s/ Nancy G. Edmunds
                                             HON. NANCY G. EDMUNDS
                                             UNITED STATES DISTRICT JUDGE

Dated: June 1, 2020