UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                  Plaintiff,

v.                                          Case No. 2:18−cr−20469−NGE−MKM
                                                        Hon. Nancy G. Edmunds

Brian Kischnick,

                  Defendant(s),

## NOTICE OF DETERMINATION OF MOTION
## WITHOUT ORAL ARGUMENT

The following motion(s) have been filed:

      Sealed Motion − #32

Pursuant to Eastern District of Michigan LR 7.1(f)(2), the motion(s) will be determined by District Judge Nancy G. Edmunds *without* oral argument.

- RESPONSE DUE:  June 12, 2020

Courtesy copies are not required.

Motion will be decided upon by the briefs unless otherwise ordered by the Court.

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                     By: s/L. Bartlett
                                                          Case Manager

Dated:  June 8, 2020