# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                  No. 18-20469

v.                                             HON. NANCY G. EDMUNDS

BRIAN KISCHNICK,

    Defendant.

_____

## NOTICE OF WITHDRAWAL OF DEFENDANT BRIAN KISCHNICK'S MOTION FOR JUDICIAL RECOMMENDATION
_____

On June 1, 2020, Defendant Brian Kischnick filed his Motion for Judicial Recommendation for Transfer from Residential Reentry Center to Home Confinement (ECF No. 32). This Motion was unopposed by the Government. Defendant Kischnick now files this Notice to inform the Court that he hereby withdraws his previously filed Motion for Judicial Recommendation.

                                                          Respectfully Submitted,

                                                          /s/ Anjali Prasad
                                                          ANJALI PRASAD (P75771)
                                                          Prasad Legal, PLLC
                                                          117 W. Fourth Street, Suite 201
                                                          Royal Oak, MI 48067
                                                          (248) 733-5006

Dated: July10, 2020                   aprasad@prasadlegal.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that I electronically filed the foregoing document with the Clerk of the Court using the ECF system that will send notification of such filing to all registered parties.

      /s/ Anjali Prasad
      Anjali Prasad (P75771)