# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BRIAN KISCHNICK,

    Defendant.

No. 18-cr-20469

HON. NANCY G. EDMUNDS

_____

## NOTICE OF WITHDRAWAL OF ATTORNEY APPEARANCE
_____

NOW COMES counsel for Defendant, ANJALI PRASAD of PRASAD LEGAL, PLLC, and hereby notifies the Court that she withdraws her Notice of Appearance filed on July 8, 2018 (ECF No. 2). There are no pending court hearings or deadlines in this matter. This withdrawal is made with client consent.

Respectfully Submitted,

/s/ Anjali Prasad
ANJALI PRASAD (P75771)
Prasad Legal, PLLC
117 W. Fourth Street, Suite 201
Royal Oak, MI 48067
(248) 733-5006

Dated: August 8, 2020     aprasad@prasadlegal.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that I electronically filed the foregoing document with the Clerk of the Court using the ECF system that will send notification of such filing to all registered parties.

/s/ Anjali Prasad  
Anjali Prasad (P75771)