**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BRIAN KISCHNICK,

    Defendants.

_____/

Criminal No. 18-20469

Honorable Nancy G. Edmunds

### ORDER REGARDING MOTION TO WITHDRAW [38]

This matter comes before the Court on Defendant's Counsel's Motion to withdraw as counsel of record. (ECF No. 38.) On January 29, 2019, a final judgment was entered in this case. (ECF No. 29.) The recently filed post-judgment motion has been withdrawn. (ECF NO. 36.) Thus there are no pending court hearings or deadlines in this matter. In addition, both the Defendant and the Government consent to the relief requested. Having reviewed the record in this matter in its entirety, the Court finds the motion should be **GRANTED**. Accordingly, **IT IS HEREBY ORDERED** that Defendant's Counsel's Motion to Withdraw as Counsel is **GRANTED**.

    **SO ORDERED.**

                                    s/Nancy G. Edmunds
                                    Nancy G. Edmunds
                                    United States District Judge

Dated: August 11, 2020

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 11, 2020, by electronic and/or ordinary mail.

2

s/Lisa Bartlett
Case Manager